UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CYRIL WOLFF,                          Case No. 09-CV-0437 PJS/AJB

                 Petitioner,

v.                                                                ORDER

M. CRUZ, WARDEN,

                 Respondent.

---

       Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 19, 2009, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Cyril Wolff's petition under 28 U.S.C. § 2241 for writ of habeas corpus, as amended, is **DISMISSED** without prejudice. [Docket No. 1]. Petitioner's Motion to Amend Petitioner's Rebuttal to Respondent's Response is **moot** [Docket No. 32].

Dated: July 14, 2009                                       s/Patrick J. Schiltz
                                                                Patrick J. Schiltz
                                                                United States District Judge